# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 3, 2021

## NO. 03-21-00055-CV

**Sophia Yu, Appellant**

**v.**

**James Parker; The Parker Law Firm, PLLC; Jiaying Shi; Michael Grimes; and Michael Grimes, PC, Appellees**

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE BAKER**

This is an appeal from the judgment signed by the trial court on November 5, 2020. Having reviewed the record, the Court holds that appellant has not prosecuted her appeal and did not comply with notices from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.